IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MALIBU MEDIA, LLC,

      Plaintiff,                    No. 2:12-cv-1459 GEB CKD

      vs.

JOHN DOES 1-7,

      Defendants.            <u>ORDER</u>

_____/

      This matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c).

      On July 13, 2012, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days.  No objections to the findings and recommendations have been filed.

      The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

      1. The findings and recommendations filed July 13, 2012 are adopted in full;

/////

1

      2. Does 2-7 are dismissed without prejudice.

Dated: August 3, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge